IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE M. KUKLINSKI, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 04-193-E |
| ) | |
| THE STANDARD INSURANCE COMPANY ) | |
| and ORTHOPEDIC SURGEONS, INC. ) | |
| GROUP DISABILITY PLAN 120876, ) | |
| ) | |
| Defendants. ) | |

O R D E R

AND NOW, this 18th day of January, 2006, plaintiff having failed to comply with this Court's Order entered August 31, 2005,

IT IS HEREBY ORDERED that Count One of plaintiff's complaint is DISMISSED with prejudice.

The Court having previously granted defendants' Motion to Dismiss Count Two on August 31, 2005, and there being no further matters to come before this Court at this time, IT IS FURTHER ORDERED that the above captioned case is CLOSED.

s/Maurice B. Cohill, Jr.
Senior United States District Judge

cc/ecf:   Mark E. Mioduszewski, Esquire
          James S. Urban, Esquire
          Katherine S. Ritchey, Esquire